Timothy P. Maloney, Fitch Even Tabin & Flannery, LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Alison Aubry Richards and Nicole L. Little. Of counsel on the brief was Steven C. Schroer, of Boulder, CO.

Alan M. Fisch, Fisch Hoffman Sigler, LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Jason F. Hoffman, R. William Sigler and Thomas C. Chen. Of counsel was Bruce Sostek, Thompson & Knight, of Dallas, TX.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**

In re RONALD A. KATZ TECH-
NOLOGY LICENSING, L.P.

No. 2013–1138.

United States Court of Appeals,
Federal Circuit.

Nov. 7, 2013.

Frank V. Pietrantonio, Cooley LLP, of Reston, Virginia, argued for appellant. With him on the brief were Jonathan G. Graves, of Reston, Virginia, and Lori R. Mason and Lowell D. Mead of Palo Alto, California.

Thomas W. Krause, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. Of counsel on the brief were Nathan K. Kelley, Deputy Solicitor, and Stacy B. Margolies, Associate Solicitor.

WALLACH, LINN, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

AFFIRMED. *See* **Fed. Cir. R. 36.**

In re RONALD A. KATZ TECH-
NOLOGY LICENSING, L.P.

No. 2013–1139.

United States Court of Appeals,
Federal Circuit.

Nov. 7, 2013.